3

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

SEP 2 6 2000

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| FERNANDO CASTILLO | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. |
| | § | |
| | § | ____B-00-146____ |
| VAN BURREN SHRIMP COMPANY, | § | |
| INC., M/V "MARTIN TOWER," | § | |
| LEONOR TOWER AND MARGIE | § | JURY DEMANDED |
| TOWER | § | |

## LIST OF INTERESTED PARTIES

Plaintiff, Fernando Castillo
222 Washington
Laguna Heights, Texas   78578

Plaintiff's counsel
Maria Elena (Helen) Delgadillo
Harris & Watts, P.C.
1926 E. Elizabeth
Brownsville, Texas   78520
(956) 546-0333
(956) 541-0255   FAX

Defendants, Van Burren Shrimp Company, Inc.
and the M/V "Martin Tower"
606 South Shore Drive
Port Isabel, Texas   78578

Defendant, Leonor Tower
606 South Shore Drive
Port Isabel, Texas   78578

Defendant, Margie Tower
606 South Shore Drive
Port Isabel, Texas   78578