4

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

SEP 2 8 2000

Michael N. Milby, Clerk of Court
By Deputy Clerk

Fernando Castillo §
§
Plaintiff(s), §
§
v. § CIVIL ACTION NO. B- 00-146
§
Van Burren Shrimp Co §
§
§
Defendant(s). §

ORDER STRIKING FILINGS

BE IT REMEMBERED, that on _____, the Court **STRUCK** the filing entitled <u>List of Interested Parties (Pldg #3)</u> _____ because it did not comply with one or more of the following Local Rules:

1. ____ Complaint lists more than one attorney, but does not designate the attorney-in-charge (LR 11.1).

2. ____ Filing is not signed by, or by permission of, the attorney-in-charge. (LR 11.3).

3. ✓ One or more of the following are not included beneath the attorney's signature:
   ⓐ   state bar number; or
   ⓑ   Southern District of Texas Federal Bar Number; or
   ⓒ   office address including zip code; or
   ⓓ   telephone and facsimile numbers with area codes (LR 11.3(A)).
   ⓔ   No atty signature

4. ____ A copy of the filing was not provided (LR 5.2).

5. ✓ No certificate of service, or an explanation why service is not required (LR 5.4, CrLR 12.4).

6. ____ No certificate of conference, and the motion is not a motion to dismiss, a motion for summary judgment, a motion for a more definite statement, or a motion to strike (LR 7.1(D), CrLR 12.2).

7. ____ Motion is unopposed, and does not state "unopposed" in its caption (LR 7.2, CrLR 12.2).

8. ____ A separate proposed order was not attached (LR 7.1, CrLR 12.2).

DONE at Brownsville, Texas, this 28th day of September, 2000.

Hilda Tagle
Hilda G. Tagle
United States District Judge