IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| FERNANDO CASTILLO | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. |
| | § | |
| | § | ___B-00-146___ |
| VAN BURREN SHRIMP COMPANY, | § | |
| INC., M/V "MARTIN TOWER," | § | |
| LEONOR TOWER AND MARGIE | § | JURY DEMANDED |
| TOWER | § | |

United States District Court
Southern District of Texas
FILED

OCT 0 3 2000

Michael N. Milby
Clerk of Court

## LIST OF INTERESTED PARTIES

Plaintiff, Fernando Castillo
222 Washington
Laguna Heights, Texas  78578

Plaintiff's counsel
Maria Elena (Helen) Delgadillo
Harris & Watts, P.C.
1926 E. Elizabeth
Brownsville, Texas  78520
(956) 546-0333
(956) 541-0255   FAX

Defendants, Van Burren Shrimp Company, Inc.
and the M/V "Martin Tower"
606 South Shore Drive
Port Isabel, Texas  78578

Defendant, Leonor Tower
606 South Shore Drive
Port Isabel, Texas  78578

Defendant, Margie Tower
606 South Shore Drive
Port Isabel, Texas  78578

Respectfully submitted on this the ___3rd___ day of October, 2000.

HARRIS & WATTS, P.C.
1926 E. Elizabeth
Brownsville, Texas  78520
(956) 546-0333  Telephone
(956) 541-0255  Facsimile

_____*MED*_____
Maria Elena Delgadillo
Federal Bar Number 21305
State Bar Number 00798141

No certificate of service is attached because the Defendants have not been served and/or have not answered.

ClibPDF - www.fastio.com