AO 440 (Rev. 10/93) Summons in a Civil Action

# RETURN OF SERVICE

B-00-146

| | DATE |
|---|---|
| Service of the Summons and Complaint was made by me[1] | |
| NAME OF SERVER (PRINT) LINDA M. SALAZAR | TITLE Civil Processor |

Check one box below to indicate appropriate method of service

[X] Served personally upon the defendant. Place where served: Margie Tower 606 South Shore Dr. Port Isabel, TX. 78578

[ ] Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

[ ] Returned unexecuted: _____

United States District Court
Southern District of Texas
FILED
OCT 11 2000
Michael N. Milby, Clerk of Court

[ ] Other (specify): _____

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL 550.00 |
|---|---|---|

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on October 07, 2000
Date

Linda M Salazar
Signature of Server

4914 Boca Chica Blvd.
Bro. TX. 78521
Address of Server

United States District Court
Southern District of Texas
RECEIVED
OCT 11 2000
Michael N. Milby, Clerk of Court

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.