AO 440 (Rev. 10/93) Summons in a Civil Action

## RETURN OF SERVICE

COPY 1

| Service of the Summons and Complaint was made by me[1] | DATE *B-00-146* |
|---|---|

| NAME OF SERVER (PRINT) *LINDA M. SALAZAR* | TITLE *Civil Processor* |
|---|---|

*Check one box below to indicate appropriate method of service*

☒ Served personally upon the defendant. Place where served: *606 South Shore Drive Port Isabel, Texas 78578*

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

United States District Court
Southern District of Texas
FILED

OCT 11 2000

Michael N. Milby, Clerk of Court

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL *$50.00* |
|---|---|---|

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on *October 07, 2000*
Date

*Linda M Salazar*
Signature of Server

*4914 Boca Chica Blvd*
Address of Server
*Bro. Tx. 78521*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.