AO 440 (Rev. 10/93) Summons in a Civil Action

## RETURN OF SERVICE

B-00-146

| | DATE |
|---|---|
| Service of the Summons and Complaint was made by me[1] | |
| NAME OF SERVER (PRINT)  LINDA M. SALAZAR | TITLE  Civil Processor |

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served: _____

☒ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _Margie Tower_

☐ Returned unexecuted: _____

United States District Court
Southern District of Texas
FILED
OCT 11 2000
Michael N. Milby, Clerk of ▮

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL $50.00 |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  October 07, 2000
Date

Signature of Server  _Linda M Salazar_

Address of Server  4914 Boca Chica Blvd.
Bro. TX. 78521

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.