IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

OCT 2 3 2000

Michael N. Milby
Clerk of Court

| | |
|---|---|
| FERNANDO CASTILLO | § |
| | § |
| VS. | § |
| | §   CIVIL ACTION NO. B-00-146 |
| VAN BUREN SHRIMP COMPANY, | § |
| INC., M/V "MARTIN TOWER," | § |
| LEONOR TOWER AND MARGIE TOWER | § |

## CERTIFICATE OF FINANCIALLY INTERESTED
## PERSONS OR ENTITIES

Pursuant to this Honorable Court's request for a list of all entities that are financially interested in this litigation, Defendants, Van Buren Shrimp Company, Inc., Leonor Tower and Margie Tower tender the following:

1.  Fernando Castillo, Plaintiff
    Through Its Attorney of Record
    Harris & Watts, P.C.
    1926 E. Elizabeth Street
    Brownsville, Texas 78520
    (956) 546-0333

2.  Van Buren Shrimp Company, Inc., Defendant
    P. O. Box 686
    Port Isabel, Texas 78578
    (956) 943-2666

3.  M/V MARTIN TOWER, Defendant
    P. O. Box 686
    Port Isabel, Texas 78578
    (956) 943-2666

4.  Leonor Tower, Defendant
    P. O. Box 625
    Port Isabel, Texas 78578
    (956) 943-2666

48315:941351.1:102000

5.   Margie T. Smith, Defendant
     P. O. Box 625
     Port Isabel, Texas 78578
     (956) 943-2666

6.   Mr. Dan Jones
     Highlands Insurance Group
     10370 Richmond Avenue
     Houston, TX 77042-4123
     (713) 952-9555

Defendants are presently unaware of any other entities that are financially interested in this litigation at present. Defendants will amend this list if any additional interested parties are identified.

                                                    Respectfully submitted,

                                                    /s/ James H. Hunter, Jr.
                                                    James H. Hunter, Jr.
                                                    Texas State Bar No. 00784311
                                                    Federal ID No. 15703
                                                    Daniel P. Whitworth
                                                    Texas State Bar No. 24008275
                                                    Federal ID No. 23119
                                                    Attorneys for Defendants,
                                                    **VAN BUREN SHRIMP COMPANY, INC.,
                                                    LEONOR TOWER AND MARGIE TOWER**

Of Counsel:

**ROYSTON, RAYZOR, VICKERY & WILLIAMS, L.L.P.**
55 Cove Circle
P.O. Box 3509
Brownsville, Texas  78523-3509
Telephone:   (956) 542-4377
Telecopier:  (956) 542-4370

## CERTIFICATE OF SERVICE

I hereby certify that on the 23rd day of **OCTOBER, 2000,,** a true and correct copy of the foregoing was mailed, via **CERTIFIED MAIL-RRR,** to opposing counsel as follows:

Maria Elena Delgadillo
**HARRIS & WATTS, P.C.**
1926 E. Elizabeth Street
Brownsville, Texas 78520

_____
**Of ROYSTON, RAYZOR, VICKERY & WILLIAMS, L.L.P.**

48315:941351.1:102000                    -3-

ClibPDF - www.fastio.com