

# Civil Courtroom Minutes – Initial Pretrial Conference

| | |
|---|---|
| JUDGE | Hilda G. Tagle |
| CASE MANAGER | Stella Cavazos |
| LAW CLERK | ☐ Fajardo    ■ Koerner |
| DATE | 01 – 29 – 01 |
| TIME | _____ a.m.  —  _____ a.m. <br> 2:19 p.m.  —  2:26 p.m. |
| CIVIL ACTION | B – 00 – 146 |
| STYLE | Castillo <br> *versus* <br> Van Buren Shrimp Co., Inc., et al. |

United States District Court
Southern District of Texas
FILED

JAN 29 2001

Michael N. Milby, Clerk of Court

DOCKET ENTRY

(HGT)   ■ Initial Pretrial Conference;     ☐ Motion Hearing;   (Rptr.  Breck Record  )

Helen Delgadillo         for    ■ Ptf. #_____  ☐ Deft. #_____

James Hunter             for    ☐ Ptf. #_____  ■ Deft. #_____

☐ All motions not expressly decided are denied without prejudice.

☐ Evidence taken [exhibits or testimony].

☐ Argument heard on:   ☐ all pending motions;   ☐ Following motions

☐ Motions taken under advisement: _____

■ Scheduling order to be entered.

☐ Miscellaneous review set: _____

☐ Rulings orally rendered on:

Comments:

1. Plaintiff received conservative treatment for knee injury after first accident on or about April 12, 1998 and then Plaintiff reinjured knee in second accident on November 15, 1999. Plaintiff's counsel represented that surgery occurred on the knee. Last time received medical treatment was in November 2000.

2. Insurance company involved in collision with the other vessel. Master of the other vessel cannot

1

be located, but Defendants would like to take his deposition before engaging in mediation.

3. Parties were informed that there may be a referral for pretrial matters to United States Magistrate Judge Felix Recio.

2