13

# UNITED STATES DISTRICT COURT     SOUTHERN DISTRICT OF TEXAS

Fernando Castillo §
§
versus §     CIVIL ACTION B- 00-146
Van Burren Shrimp Company, §
Inc., M/V "Martin Tower," §
Leonor Tower and Margie Tower    Scheduling Order

United States District Court
Southern District of Texas
ENTERED
FEB 0 2 2001
Michael N. Milby, Clerk of Court
By Deputy Clerk

1. Trial: Estimated time to try: __3__ days.     ☐ Bench    ☑ Jury

2. New parties must be joined by:     May 29, 2001

    *Furnish a copy of this scheduling order to new parties.*

3. The plaintiff's experts will be named with a report furnished by:     May 29, 2001

4. The defendant's experts must be named with a report furnished within 30 days of the deposition of the plaintiff's expert.

5. Discovery must be completed by:     July 29, 2001

    *Counsel may agree to continue discovery beyond the deadline, but there will be no intervention by the court. No continuance will be granted because of information acquired in post-deadline discovery.*

************************ The court will provide these dates. ************************

6. Dispositive Motions will be filed by:     Aug. 20, 2001

7. Joint pretrial order is due:     Oct. 15, 2001

    *The plaintiff is responsible for filing the pretrial order on time.*

8. Docket Call and final pretrial conference is set for 1:30 p.m. on:     Nov. 1, 2001

9. Jury Selection is set for 9:00 a.m. on:     Nov. 5, 2001

The case will remain on standby until tried.

Signed January 31, 2001, at Brownsville, Texas.

Hilda G. Tagle
United States District Judge

*Counsel, please sign on the back.*