*14*

# ROYSTON, RAYZOR, VICKERY & WILLIAMS, L.L.P.
## ATTORNEYS AT LAW

HOUSTON, TEXAS
TELEPHONE 713-224-8380
FACSIMILE 713-225-9945

GALVESTON, TEXAS
TELEPHONE 409-763-1623
FACSIMILE 409-763-3853

CORPUS CHRISTI
TELEPHONE 361-884-8808
FACSIMILE 361-884-7261

55 COVE CIRCLE
BROWNSVILLE, TEXAS 78521
TELEPHONE 956-542-4377
FACSIMILE 956-542-4370
INTERNET: www.roystonlaw.com

ROYSTON, RAYZOR, VICKERY,
NOVAK & DRUCE, L.L.P.
SAN ANTONIO, TEXAS
TELEPHONE 210-228-0655
FACSIMILE 210-228-0839

ROYSTON, RAYZOR, VICKERY,
NOVAK & DRUCE, L.L.P.
LUBBOCK, TEXAS*
TELEPHONE 806-763-9252
FACSIMILE 806-763-9254
(*BY APPOINTMENT ONLY)

*Daniel P. Whitworth*
dan.whitworth@roystonlaw.com

United States District Court
Southern District of Texas
FILED

FEB 1 2 2001

Michael N. Milby
Clerk of Court

February 9, 2001

United States District Court
Southern District of Texas
RECEIVED
FEB 1 2 2001
3:15 MC
Michael N. Milby, Clerk of Court

## HAND DELIVERY

Hon. Juan (Butch) Barbosa, Chief Deputy
United States District Court
Southern District of Texas-Brownsville Division
600 E. Harrison Street
Brownsville, Texas 78520

RE:  C.A. No. B-00-146
*Fernando Castillo vs. Van Buren*
*Shrimp Company, Inc., et al*
Our File: 48,315

Dear Mr. Barbosa:

\*       We enclose herewith for filing two (2) separate Rule 11 Agreements whereby Plaintiff grants (1) Defendants an extension of time in which to file their responses, answers and/or objections to Plaintiff's First Interrogatories, First Request for Production and First Request for Admissions; and (2) allows Defendants to file one full set of responses and/or objections to Plaintiff's Requests for Production on behalf of all (3) Defendants.

Please also affix your filed stamp on the extra copies of these letters and return them to us with the carrier presenting them to you.

Mr. Juan (Butch) Barbosa  Page 2
Chief Deputy
February 9, 2001

We appreciate your usual customary courtesy and cooperation in these matters.

Very truly yours,

ROYSTON, RAYZOR, VICKERY & WILLIAMS, L.L.P.

By: _____
Daniel P. Whitworth

DPW:hg
*Enclosures

cc:  Maria Elena (Helen) Delgadillo
     HARRIS & WATTS, P.C.
     1926 E. Elizabeth Street
     Brownsville, Texas 78520
     *(w/Enclosures)

48315:956180.1:020901

# ROYSTON, RAYZOR, VICKERY & WILLIAMS, L.L.P.
### ATTORNEYS AT LAW

HOUSTON, TEXAS
TELEPHONE 713-224-8380
FACSIMILE 713-225-9945

GALVESTON, TEXAS
TELEPHONE 409-763-1623
FACSIMILE 409-763-3853

CORPUS CHRISTI
TELEPHONE 361-884-8808
FACSIMILE 361-884-7261

55 COVE CIRCLE
BROWNSVILLE, TEXAS 78521
TELEPHONE 956-542-4377
FACSIMILE 956-542-4370
INTERNET: www.roystonlaw.com

ROYSTON, RAYZOR, VICKERY,
NOVAK & DRUCE, L.L.P.
SAN ANTONIO, TEXAS
TELEPHONE 210-228-0855
FACSIMILE 210-228-0839

ROYSTON, RAYZOR, VICKERY,
NOVAK & DRUCE, L.L.P.
LUBBOCK, TEXAS*
TELEPHONE 806-763-9252
FACSIMILE 806-763-9254
(*BY APPOINTMENT ONLY)

*Daniel P. Whitworth*
dan_whitworth@roystonlaw.com

February 9, 2001

<u>*Via Facsimile No. 541-0255*</u>

Helen Delgadillo
HARRIS & WATTS, P.C.
1926 E. Elizabeth Street
Brownsville, Texas 78520

           RE:    C.A. No. B-00-146
                 *Fernando Castillo vs. Van Buren Shrimp Company, Inc., et al*
                 <u>Our File: 48,315</u>

Dear Helen:

      Pursuant to our tele-conference this morning, this letter will confirm you have graciously agreed to provide a 30-day extension in which to answer and/or object to Plaintiff's First Interrogatories, First Request for Production and First Request for Admissions to Defendants, Van Buren Shrimp Company, Leonor Tower and Margie Tower (Smith). Accordingly, all Defendants' answers and objections will now be due no later than **Monday, March 12, 2001**.

      If this accurately reflects our agreement, please sign in the space provided below and return a copy of this letter via telefax. This letter will constitute our Rule 11 agreement.

Helen Delgadillo                                                                                      Page 2
HARRIS & WATTS, P.C.
February 9, 2001

    Thank you for your usual courtesy and professional cooperation. If you have any questions, please contact us.

Very truly yours,

ROYSTON, RAYZOR, VICKERY & WILLIAMS, L.L.P.

By: _____
      Daniel P. Whitworth

DPW:hg

**AGREED TO:**

HARRIS & WATTS, P.C.

BY: _____         2-9-01
    Maria Elena Delgadillo               (date)
    Attorney for Plaintiff,
    Fernando Castillo

48315:958117.1:020901

# ROYSTON, RAYZOR, VICKERY & WILLIAMS, L.L.P.
## ATTORNEYS AT LAW

HOUSTON, TEXAS
TELEPHONE 713-224-8380
FACSIMILE 713-225-9945

GALVESTON, TEXAS
TELEPHONE 409-763-1623
FACSIMILE 409-763-3853

CORPUS CHRISTI
TELEPHONE 361-884-8808
FACSIMILE 361-884-7261

55 COVE CIRCLE
BROWNSVILLE, TEXAS 78521
TELEPHONE 956-542-4377
FACSIMILE 956-542-4370
INTERNET: www.roystonlaw.com

ROYSTON, RAYZOR, VICKERY,
NOVAK & DRUCE, L.L.P.
SAN ANTONIO, TEXAS
TELEPHONE 210-228-0655
FACSIMILE 210-228-0839

ROYSTON, RAYZOR, VICKERY,
NOVAK & DRUCE, L.L.P.
LUBBOCK, TEXAS
TELEPHONE 806-763-9252
FACSIMILE 806-763-9254
(BY APPOINTMENT ONLY)

Daniel P. Whitworth
dan.whitworth@roystonlaw.com

February 5, 2001

<u>*Via Facsimile No. 541-0255*</u>

Maria Elena Delgadillo
HARRIS & WATTS, P.C.
1926 E. Elizabeth Street
Brownsville, Texas 78520

         RE:   C.A. No. B-00-146
                *Fernando Castillo vs. Van Buren Shrimp*
                *Company, Inc., et al*
                <u>Our File: 48.315</u>

Dear Ms. Delgadillo:

      This letter will confirm our telephone conference and agreement of January 31, 2001 regarding (3) separate but identical Requests for Production directed to Van Buren Shrimp Company, Leonor Tower and Margie Tower (Smith). You have graciously agreed to accept one full set of responses and/or objections on behalf of all (3) of the above referenced persons or entities, in lieu of (3) separate sets.

      If this letter accurately reflects our agreement, please sign below, telefax a copy of the letter with your signature, and return the original so that we may file it with the Court pursuant to Rule 11.

Maria Elena Delgadillo                                                        Page 2
HARRIS & WATTS, P.C.
February 5, 2001

Once again, thank you for your usual professional cooperation and courtesy.

Very truly yours,

ROYSTON, RAYZOR, VICKERY & WILLIAMS, L.L.P.

By: _____
    Daniel P. Whitworth

DPW:hg


AGREED TO:

HARRIS & WATTS, P.C.


BY: _____          2-6-01
    Maria Elena Delgadillo                   _____
    Attorney for Plaintiff,                      (date)
    Fernando Castillo


48315:955223.1:020501