IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

FEB 2 7 2001

Michael N. Milby
Clerk of Court

| | |
|---|---|
| FERNANDO CASTILLO | § |
| | § |
| VS. | § |
| | § CIVIL ACTION NO. B-00-146 |
| VAN BUREN SHRIMP COMPANY, | § |
| INC., M/V "MARTIN TOWER," | § |
| LEONOR TOWER AND MARGIE TOWER | § |

### DEFENDANTS' NOTICE OF INTENTION TO TAKE VIDEO TAPED DEPOSITION OF PLAINTIFF FERNANDO CASTILLO

**PLEASE TAKE NOTICE** that pursuant to Federal Rule of Civil Procedure 30, the video-taped deposition of **Fernando Castillo** will be taken on **Thursday, March 8, 2001** at **9:00 a.m.** at the offices of **Harris & Watts, 1926 E. Elizabeth Street, Brownsville, Texas**. The deposition will continue from day to day until completed. You are invited to attend and question the witness.

**PLEASE TAKE FURTHER NOTICE** that the undersigned intends to make a video record of the deposition of **Fernando Castillo** and Defendants intend to use such video record at the trial of this civil action. Therefore, a video technician will be present.

Respectfully submitted,

/s/ *[signature]*

James H. Hunter, Jr.
Texas State Bar No. 00784311
Federal ID No. 15703
Daniel P. Whitworth
Texas State Bar No. 24008275
Federal ID No. 23119
Attorneys for Defendants,
**VAN BUREN SHRIMP COMPANY, INC.,
LEONOR TOWER AND MARGIE TOWER**

48315:958075.1:022601

Of Counsel:

**ROYSTON, RAYZOR, VICKERY & WILLIAMS, L.L.P.**
55 Cove Circle
P.O. Box 3509
Brownsville, Texas   78523-3509
Telephone:   (956) 542-4377
Telecopier:   (956) 542-4370

## CERTIFICATE OF SERVICE

I hereby certify that on the **26th** day of **February, 2001**, a true and correct copy of the foregoing **Notice of Intention to Take Video Taped Deposition** was served via **FAX** and **Certified Mail, Return Receipt Requested** on the following counsel as follows:

> Maria Elena (Helen Ochoa) Delgadillo
> HARRIS & WATTS, P.C.
> 1926 E. Elizabeth Street
> Brownsville, Texas 78520

_____
Of ROYSTON, RAYZOR, VICKERY & WILLIAMS, L.L.P.

48315:958075.1:022601                Page 2 of 2