United States District Court
Southern District of Texas
FILED

MAR 1 2001

Michael N. Milby
Clerk of Court

16

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| FERNANDO CASTILLO | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. |
| | § | |
| | § | B-00-146 |
| VAN BURREN SHRIMP COMPANY, | § | |
| INC., M/V "MARTIN TOWER," | § | |
| LEONOR TOWER AND MARGIE | § | JURY DEMANDED |
| TOWER | § | |

### PLAINTIFF'S F.R.C.P. 26(a)(1) and (2) INITIAL DISCLOSURES

TO:  Van Buren Shrimp Company, Inc., M/V "Martin Tower," Leonor Tower, and Margie Tower by and through their attorney of record, the Honorable James Hunter, Royston, Rayzor, Vickery & Williams, 55 Cove Circle, Brownsville, Texas 78521

NOW COMES, FERNANDO CASTILLO, Plaintiff, Pursuant to F.R.C.P. 26(a)(1) and (2), and makes this his "Initial Disclosures" as required by said rules as follows:

A.  Individuals Likely to Have Knowledge of Discoverable Information [F.R.C.P. 26(a)(1) and (2)].

  Fernando Castillo
  222 Washington
  Port Isabel, Texas  78578

  Van Burren Shrimp Company
  Leonor Tower
  Margie Tower
  606 South Shore Drive
  Port Isabel, Texas  78578

Frank Marchan, Jr.
Port Isabel, Texas  78578

Akileo K. Garcia, Crewman
Will supplement address

Jesus Arista, Crewman
Will supplement address

Guillermo Rodriguez, Crewman
Will supplement address

Sergio Ruiz, Crewman
Will supplement address

Serafin Mendez, Crewman
Will supplement address

Bliss W. Clark, M.D.
1601 Treasure Hills Blvd.
Harlingen, Texas  78550
(956)  421-2663

Custodian of Records for
Valley Baptist Medical Center
2101 Pease
Harlingen, Texas  78550
(956)  389-1713

Dan Cavazos, CST
Valley Baptist Medical Center
2101 Pease
Harlingen, Texas  78550
(956)  389-1713

B.  Documents, etc. in Plaintiff's Possession Relevant to the Disputed Facts [F.R.C.P. 26(a)(1) (B).

    1.  Medical Records from Bliss W. Clark, M.D.

    2.  Medical Records from Valley Baptist Medical Center.

    3.  Statements of Shrimp Catch.

C.  Computation of Damages [F.R.C.P. 26(a)(1) (C).

None at this time.  Will supplement.

E.  Disclosure of Expert Testimony [F.R.C.P. 26(a)(1) (A).

Plaintiff has not yet designated any retained experts to testify in this case.

Respectfully submitted this the \_\_1st\_\_ day of March, 2001.

Harris & Watts, P.C.
1926 E. Elizabeth
Brownsville, Texas  78520
(956) 546-0333 Telephone
(956) 541-0255 Facsimile

_____
Maria Elena Delgadillo
State Bar No. 00798141
Federal Bar No. 21305