19

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

MAR 28 2001

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| Castillo, | § | |
| Plaintiffs, | § § § | |
| v. | § | CIVIL ACTION NO. B-00-146 |
| Van Buren Shrimp Co., et al., | § § § | |
| Defendants. | § | |

**ORDER**

BE IT REMEMBERED, that on March 27, 2001 the Court **GRANTED** the Defendants' Unopposed Motion for Leave to File Third-Party Complaint [Dkt. No. 17].

DONE at Brownsville, Texas, this 27th day of March 2000.

_____
Hilda G. Tagle
United States District Judge