ORIGINAL

AO 441 (Rev. 5/85) Third Party Summons in a Civil Action

# United States District Court

SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

PLAINTIFF

FERNANDO CASTILLO

**THIRD PARTY SUMMONS IN A CIVIL ACTION**

V. DEFENDANT AND THIRD PARTY PLAINTIFF

VAN BUREN SHRIMP COMPANY, INC.,
M/V MARTIN TOWER, LEONOR TOWER
AND MARGIE TOWER

CASE NUMBER: EB-00-146

V. THIRD PARTY DEFENDANT

VAN HA,

United States District Court
Southern District of Texas
FILED

MAY 1 4 2001

Michael N. Milby
Clerk of Court

TO: (Name and address of Third Party defendant) :

Van Ha
610 Paris Street
Lafayette, Louisiana 70506.

**YOU ARE HEREBY SUMMONED** and required to file with the Clerk of this court and serve upon

PLAINTIFF'S ATTORNEY (name and address)

Maria Elena (Helen Ochoa) Delgadillo
Harris & Watts, P.C.
1926 E. Elizabeth Street
Brownsvile, Texas 78520

DEFENDANT AND THIRD-PARTY PLAINTIFF'S ATTORNEY
(name and address)

James H. Hunter/Daniel P. Whitworth
Royston, Rayzor, Vickery & Williams, L.L.P.
55 Cove Circle
Brownsville, TX 78520

an answer to the third-party complaint which is herewith served upon you within ___days after service of this summons upon you exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the third-party complaint. There is also served upon you herewith a copy of the complaint of the plaintiff. You have the option of answering or not answering the plaintiff's complaint, *unless* (1) this is a case within Rule 9(h) Federal Rules of Civil Procedure, *and* (2) the third-party plaintiff is demanding judgment against you in favor of the original plaintiff under the circumstances described in Rule 14(c) Federal Rules of Civil Procedure, in which situation you are required to make your defenses, if any, to the claim of plaintiff as well as to the claim of the third-party plaintiff.

Michael N. Milby, Clerk

APR 0 5 2001

CLERK

*(signature)*

(BY) DEPUTY CLERK

DATE

AUTHORIZED OFFICER'S RETURN                    **ORIGINAL**

CASE #: B-00-146                               COURT

Came to hand on the _23_ day of _April_, 2001 at _7:00_ o'clock _A_ .M.

Documents received for service:

**SUMMONS DEFENDANT'S/THIRD PARTY PLAINTIFFS' THIRD-PARTY COMPLAINT**

Executed on the _24_ day of _April_, 2001 at _11:18_ o'clock _A_ .M.

Executed at _610 Paris St  Laf La_ _____

_____ within the County of _Laf_ _____ by delivering

to: **Ha Van**

a true copy of the documents listed above having first endorsed on the date of delivery

in the following manner:

__✓__ by delivering to the above in person.

**SUBSTITUTE SERVICE CAN ONLY BE MADE AFTER A COURT ORDER IS OBTAINED FROM THE JUDGE.**

_____ (Substitute Service) per T.R.C.P Rule 106 Order by delivering to:_____
_____ in person over the age of sixteen then residing therein, to wit:
_____ by posting; by securely affixing to the main door at the above address, per T.R.C.P. Rule 106 Order.

**DUE DILIGENCE ATTEMPTS**

| Date | Time | Reason For Non Service |
|---|---|---|
| __/__/__ | __:__ am/pm | |
| __/__/__ | __:__ am/pm | |
| __/__/__ | __:__ am/pm | |
| __/__/__ | __:__ AM/PM | |

I, am over the age of eighteen, not a party to nor interested in the outcome of the above numbered suit and authorized to serve citations and other notices in my State.

Service Fee $ _2000 / 666 / 2666_

Printed Name: _C.D. Poisdier II_
Authorized Person / Constable / Sheriff
OR#/ID# _10323_

STATE OF _La_ }

**VERIFICATION**

Before me, a notary public, on this day personally appeared the above named authorized person known to me to be the person whose name is subscribed to the foregoing document and, being by me first duly sworn declared that the statements therein contained are true and correct. Given my hand and seal of office on this the _3_ day of _May_, 2001.

_Dianna Kay Larriette_
NOTARY PUBLIC SIGNATURE