| UNITED STATES DISTRICT COURT | SOUTHERN DISTRICT OF TEXAS BROWNSVILLE DIVISION |
|---|---|

21

# MOTION & ORDER
## FOR ADMISSION *PRO HAC VICE*

| Division | B | Action Number | 00-146 |
|---|---|---|---|

| FERNANDO CASTILLO |
|---|
| *versus* |
| VAN BUREN SHRIMP COMPANY, INC., M/V "MARTIN TOWER", LEONOR TOWER AND MARGIE TOWER Third-Party Plaintiffs |
| *versus* |
| VAN HA, *in personam* and F/V MR. JESSE J, her engines, tackle, etc., *in rem* Third-Party Defendants |

United States District Court
Southern District of Texas
FILED

MAY 21 2001

Michael N. Milby
Clerk of Court

This lawyer, who is admitted either to the State Bar of Texas or to another federal district court:

| Name | Rufus C. Harris, III |
|---|---|
| Firm | Harris & Rufty, L.L.C. |
| Street | 1450 Poydras Street, Suite 1510 |
| City & Zip Code | New Orleans, Louisiana 70112 |
| Telephone | 504-525-7500 |
| Licensed: State & Number | Louisiana Bar Roll No. 6638 |
| Admitted US District Court for: | Eastern and Western Districts of Louisiana |

Seeks to appear as the attorney for this party:

| Van Ha, *in personam* and F/V MR. JESSE J, her engines, tackle, etc., *in rem* Third-Party Defendants | |
|---|---|
| Dated: 5/17/01 | Signed: /s/ Rufus C. Harris |

**ORDER**

This lawyer is admitted *pro hac vice*.

Signed on _____, 2001.      _____
                                         United States District Judge

SDTX AA-6 (8/98)

AO 136
(Rev. 6/82)

# CERTIFICATE OF GOOD STANDING

UNITED STATES OF AMERICA

EASTERN DISTRICT OF LOUISIANA

I, *LORETTA G. WHYTE*, Clerk of the United States

District Court, Eastern District of Louisiana,

DO HEREBY CERTIFY That *Rufus C. Harris, III* was duly admitted to practice in said Court on *October 9, 1975*, and is in good standing as a member of the bar of said Court.

Dated at *New Orleans, LA*

on    May 15, 2001

LORETTA G. WHYTE
                               CLERK

By _____
                               Deputy Clerk