22

| UNITED STATES DISTRICT COURT | SOUTHERN DISTRICT OF TEXAS BROWNSVILLE DIVISION |
|---|---|

## MOTION & ORDER
## FOR ADMISSION *PRO HAC VICE*

| Division | B | Action Number | 00-146 |
|---|---|---|---|

| FERNANDO CASTILLO |
|---|
| *versus* |
| VAN BUREN SHRIMP COMPANY, INC., M/V "MARTIN TOWER", LEONOR TOWER AND MARGIE TOWER Third-Party Plaintiffs |
| *versus* |
| VAN HA, *in personam* and F/V MR. JESSE J, her engines, tackle, etc., *in rem* Third-Party Defendants |

United States District Court
Southern District of Texas
FILED

MAY 2 1 2001

Michael N. Milby
Clerk of Court

This lawyer, who is admitted either to the State Bar of Texas or to another federal district court:

| Name | Alfred J. Rufty III |
|---|---|
| Firm | Harris & Rufty, L.L.C. |
| Street | 1450 Poydras Street, Suite 1510 |
| City & Zip Code | New Orleans, Louisiana 70112 |
| Telephone | 504-525-7500 |
| Licensed: State & Number | Louisiana Bar Roll No. 19990 |
| Admitted US District Court for: | Eastern and Western Districts of Louisiana |

Seeks to appear as the attorney for this party:

| Van Ha, *in personam* and F/V MR. JESSE J, her engines, tackle, etc., *in rem* Third-Party Defendants | |
|---|---|
| Dated: 5/17/01 | Signed: *[signature]* |

**ORDER**

This lawyer is admitted *pro hac vice*.

Signed on _____, 2001.

_____
United States District Judge

SDTX AA-6 (8/98)

AO 136
(Rev. 6/82)

# CERTIFICATE OF GOOD STANDING

UNITED STATES OF AMERICA

EASTERN DISTRICT OF LOUISIANA

I, *LORETTA G. WHYTE*, Clerk of the United States District Court, Eastern District of Louisiana,

DO HEREBY CERTIFY That *Alfred Jackson Rufty, III* was duly admitted to practice in said Court on *May 9, 1990*, and is in good standing as a member of the bar of said Court.

Dated at *New Orleans, LA*

on   May 15, 2001

LORETTA G. WHYTE
CLERK

By _____
Deputy Clerk