| UNITED STATES DISTRICT COURT | SOUTHERN DISTRICT OF TEXAS BROWNSVILLE DIVISION |
|---|---|

# MOTION & ORDER
## FOR ADMISSION *PRO HAC VICE*

| Division | B | Action Number | 00-146 |
|---|---|---|---|

FERNANDO CASTILLO

*versus*

VAN BUREN SHRIMP COMPANY, INC.,
M/V "MARTIN TOWER",
LEONOR TOWER AND MARGIE TOWER
Third-Party Plaintiffs

*versus*

VAN HA, *in personam* and
F/V MR. JESSE J, her engines, tackle, etc., *in rem*
Third-Party Defendants

United States District Court
Southern District of Texas
FILED

MAY 21 2001

Michael N. Milby
Clerk of Court

This lawyer, who is admitted either to the State Bar of Texas or to another federal district court:

| | | |
|---|---|---|
| Name | Rufus C. Harris, III | |
| Firm | Harris & Rufty, L.L.C. | United States District Court |
| Street | 1450 Poydras Street, Suite 1510 | Southern District of Texas |
| City & Zip Code | New Orleans, Louisiana 70112 | ENTERED |
| Telephone | 504-525-7500 | MAY 23 2001 |
| Licensed: State & Number | Louisiana Bar Roll No. 6638 | Michael N. Milby, Clerk of Court |
| Admitted US District Court for: | Eastern and Western Districts of Louisiana | By Deputy Clerk |

Seeks to appear as the attorney for this party:

| Van Ha, *in personam* and F/V MR. JESSE J, her engines, tackle, etc., *in rem* Third-Party Defendants | |
|---|---|
| Dated: 5/17/01 | Signed: /s/ Rufus C. Harris, III |

### ORDER

This lawyer is admitted *pro hac vice*.

Signed on May 23, 2001.

_____
United States District Judge

SDTX AA-6 (8/98)