| UNITED STATES DISTRICT COURT | SOUTHERN DISTRICT OF TEXAS BROWNSVILLE DIVISION |
|---|---|

## MOTION & ORDER
## FOR ADMISSION *PRO HAC VICE*

| Division | B | Action Number | 00-146 |
|---|---|---|---|

**FERNANDO CASTILLO**

*versus*

**VAN BUREN SHRIMP COMPANY, INC.,**
**M/V "MARTIN TOWER",**
**LEONOR TOWER AND MARGIE TOWER**
Third-Party Plaintiffs

*versus*

**VAN HA,** *in personam* and
**F/V MR. JESSE J,** her engines, tackle, etc., *in rem*
Third-Party Defendants

United States District Court
Southern District of Texas
FILED
MAY 2 1 2001
Michael N. Milby
Clerk of Court

This lawyer, who is admitted either to the State Bar of Texas or to another federal district court:

| Name | Alfred J. Rufty III |
|---|---|
| Firm | Harris & Rufty, L.L.C. |
| Street | 1450 Poydras Street, Suite 1510 |
| City & Zip Code | New Orleans, Louisiana 70112 |
| Telephone | 504-525-7500 |
| Licensed: State & Number | Louisiana Bar Roll No. 19990 |
| Admitted US District Court for: | Eastern and Western Districts of Louisiana |

United States District Court
Southern District of Texas
ENTERED
MAY 2 3 2001
Michael N. Milby, Clerk of Court
By Deputy Clerk

Seeks to appear as the attorney for this party:

Van Ha, *in personam* and F/V MR. JESSE J, her engines, tackle, etc., *in rem*
Third-Party Defendants

| Dated: 5/17/01 | Signed: [signature] |
|---|---|

**ORDER**

This lawyer is admitted *pro hac vice*.

Signed on May 23, 2001.

_____
United States District Judge

SDTX AA-6 (8/98)