23

| UNITED STATES DISTRICT COURT | SOUTHERN DISTRICT OF TEXAS BROWNSVILLE DIVISION |
|---|---|

MOTION & ORDER
FOR ADMISSION *PRO HAC VICE*

| Division | B | Action Number | 00-146 |
|---|---|---|---|
| FERNANDO CASTILLO | | | |
| *versus* | | | |
| VAN BUREN SHRIMP COMPANY, INC., M/V "MARTIN TOWER", LEONOR TOWER AND MARGIE TOWER Third-Party Plaintiffs | | | |
| *versus* | | | |
| VAN HA, *in personam* and F/V MR. JESSE J, her engines, tackle, etc., *in rem* Third-Party Defendants | | | |

United States District Court
Southern District of Texas
FILED
MAY 2 1 2001
Michael N. Milby
Clerk of Court

(26)

This lawyer, who is admitted either to the State Bar of Texas or to another federal district court:

| Name | Gary A. Robinson |
|---|---|
| Firm | Harris & Rufty, L.L.C. |
| Street | 1450 Poydras Street, Suite 1510 |
| City & Zip Code | New Orleans, Louisiana 70112 |
| Telephone | 504-525-7500 |
| Licensed: State & Number | Louisiana Bar Roll No. 27061 |
| Admitted US District Court for: | Eastern District of Louisiana |

United States District Court
Southern District of Texas
ENTERED
MAY 2 3 2001
Michael N. Milby, Clerk of Court
By Deputy Clerk

Seeks to appear as the attorney for this party:

| Van Ha, *in personam* and F/V MR. JESSE J, her engines, tackle, etc., *in rem* Third-Party Defendants | | |
|---|---|---|
| Dated: 5/17/01 | Signed: | |

ORDER

This lawyer is admitted *pro hac vice*.

Signed on May 23, 2001.

_____
United States District Judge

SDTX AA-6 (8/98)