

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

MAY 2 9 2001

Michael N. Milby
Clerk of Court

FERNANDO CASTILLO          §
                           §
VS.                        §          CIVIL ACTION NO.
                           §
                           §          ___ B-00-146 ___
VAN BURREN SHRIMP COMPANY, §
INC., M/V "MARTIN TOWER,"  §
LEONOR TOWER AND MARGIE    §          JURY DEMANDED
TOWER                      §

## PLAINTIFFS' DESIGNATION OF EXPERTS

NOW COMES, FERNANDO CASTILLO, et al, by and through his attorney of

record, WATTS & HEARD, L.L.P., at 1926 E. Elizabeth, Brownsville, Texas  78520, and

files these his designation of experts as follows:

> Bliss W. Clark, M.D.
> Rio Grande Orthopedic Center
> 1601 Treasure Hills Blvd.
> Harlingen, Texas  78550
> (956) 421-2663

Knowledge of facts and circumstances surrounding the medical examination and
treatment of Plaintiff for injuries sustained as a result of the incident made the basis of
this lawsuit. All medical providers are expected to testify fully as to history,
examination, treatment, diagnosis, prognosis, and causation as related to Plaintiff's
injuries that form the basis of this suit. Additionally, Plaintiff may introduce all the
health care provider's medical records through a qualified custodian of records.

> Custodian of Records for
> Bliss W. Clark, M.D.
> 1601 Treasure Hills Blvd.
> Harlingen, Texas  78550
> (956) 421-2663

Knowledge of facts and circumstances surrounding the medical and financial
records pertaining to Plaintiff for injuries sustained as a result of the accident made the
basis of this lawsuit. It is reasonably anticipated that the custodian of records will testify
that the medical and financial records pertaining to Plaintiff are under the supervision,
custody and control of the custodian of records, that such records were kept in the
regular course of business, and that the medical expenses incurred are reasonable and
necessary. See copies of medical records and bills. Will supplement additional medical
records and bills. No resume or bibliography is in our possession at this time.

Michael T. Mohun, M.D.
Bruce Berberian, M.D.
Bliss W. Clark, M.D.
Nenette B. Velasco, RN
Gracie Matnks, Pre-Op Nurse
Dr. R. Rodriguez
Dan Cavazos, CST
Valley Baptist Medical Center
2101 Pease
Harlingen, Texas  78550
(956) 389-1713

Knowledge of facts and circumstances surrounding the medical examination and treatment of Plaintiff for injuries sustained as a result of the incident made the basis of this lawsuit. All medical providers are expected to testify fully as to history, examination, treatment, diagnosis, prognosis, and causation as related to Plaintiff's injuries that form the basis of this suit. Additionally, Plaintiff may introduce all the health care provider's medical records through a qualified custodian of records.

Custodian of Records for
Michael T. Mohun, M.D.
Bruce Berberian, M.D.
Bliss W. Clark, M.D.
Nenette B. Velasco, RN
Gracie Matnks, Pre-Op Nurse
Dr. R. Rodriguez
Dan Cavazos, CST
Valley Baptist Medical Center
2101 Pease
Harlingen, Texas  78550
(956) 389-1713

Knowledge of facts and circumstances surrounding the medical and financial records pertaining to Plaintiff for injuries sustained as a result of the accident made the basis of this lawsuit. It is reasonably anticipated that the custodian of records will testify that the medical and financial records pertaining to Plaintiff are under the supervision, custody and control of the custodian of records, that such records were kept in the regular course of business, and that the medical expenses incurred are reasonable and necessary. See copies of medical records and bills. Will supplement additional medical records and bills. No resume or bibliography is in our possession at this time.

Custodian of Records for
Brownsville Medical Center
1040 W. Jefferson Street
Brownsville, Texas 78520
(956) 544-1400

Knowledge of facts and circumstances surrounding the medical and financial records pertaining to Plaintiff for injuries sustained as a result of the accident made the basis of this lawsuit. It is reasonably anticipated that the custodian of records will testify that the medical and financial records pertaining to Plaintiff are under the supervision, custody and control of the custodian of records, that such records were kept in the regular course of business, and that the medical expenses incurred are reasonable and necessary. See copies of medical records and bills. Will supplement additional medical records and bills. No resume or bibliography is in our possession at this time.

Dr. Richard L. Fremaux, M.D.
David Barker, RT
Valley Regional Medical Center
100 A. Alton Gloor
Brownsville, Texas  78521

Knowledge of facts and circumstances surrounding the medical examination and treatment of Plaintiff for injuries sustained as a result of the incident made the basis of this lawsuit. All medical providers are expected to testify fully as to history, examination, treatment, diagnosis, prognosis, and causation as related to Plaintiff's injuries that form the basis of this suit. Additionally, Plaintiff may introduce all the health care provider's medical records through a qualified custodian of records.

Custodian of Records for
Dr. Richard L. Fremaux, M.D.
David Barker, RT
Valley Regional Medical Center
100 A. Alton Gloor
Brownsville, Texas  78521

Knowledge of facts and circumstances surrounding the medical and financial records pertaining to Plaintiff for injuries sustained as a result of the accident made the basis of this lawsuit. It is reasonably anticipated that the custodian of records will testify that the medical and financial records pertaining to Plaintiff are under the supervision, custody and control of the custodian of records, that such records were kept in the regular course of business, and that the medical expenses incurred are reasonable and necessary. See copies of medical records and bills. Will supplement additional medical records and bills. No resume or bibliography is in our possession at this time.

Bliss W. Clark, M.D.
Mike Thompson, PA-C
Dan Cavazos, CST
Valley Baptist Ambulatory Surgery Center
2220 Pease Street
Harlingen, Texas 78550
(956) 389-6000

Knowledge of facts and circumstances surrounding the medical examination and treatment of Plaintiff for injuries sustained as a result of the incident made the basis of this lawsuit. All medical providers are expected to testify fully as to history, examination, treatment, diagnosis, prognosis, and causation as related to Plaintiff's injuries that form the basis of this suit. Additionally, Plaintiff may introduce all the health care provider's medical records through a qualified custodian of records.

Custodian of Records for
Bliss W. Clark, M.D.
Mike Thompson, PA-C
Dan Cavazos, CST
Valley Baptist Ambulatory Surgery Center
2220 Pease Street
Harlingen, Texas 78550
(956) 389-6000

Knowledge of facts and circumstances surrounding the medical and financial records pertaining to Plaintiff for injuries sustained as a result of the accident made the basis of this lawsuit. It is reasonably anticipated that the custodian of records will testify that the medical and financial records pertaining to Plaintiff are under the supervision, custody and control of the custodian of records, that such records were kept in the regular course of business, and that the medical expenses incurred are reasonable and necessary. See copies of medical records and bills. Will supplement additional medical records and bills. No resume or bibliography is in our possession at this time.

Marc Berger, M.D.
Leonard J. Tesoro, M. D.
Harlingen Imaging Center
1629 Treasure Hills, Suite B-5
Harlingen, Texas  78550
(956) 428-8226

Knowledge of facts and circumstances surrounding the medical examination and treatment of Plaintiff for injuries sustained as a result of the incident made the basis of this lawsuit. All medical providers are expected to testify fully as to history, examination, treatment, diagnosis, prognosis, and causation as related to Plaintiff's injuries that form the basis of this suit. Additionally, Plaintiff may introduce all the health care provider's medical records through a qualified custodian of records.

Custodian of Records for
Marc Berger, M.D.
Leonard J. Tesoro, M. D.
Harlingen Imaging Center
1629 Treasure Hills, Suite B-5
Harlingen, Texas  78550

Knowledge of facts and circumstances surrounding the medical and financial records pertaining to Plaintiff for injuries sustained as a result of the accident made the basis of this lawsuit. It is reasonably anticipated that the custodian of records will testify that the medical and financial records pertaining to Plaintiff are under the supervision, custody and control of the custodian of records, that such records were kept in the regular course of business, and that the medical expenses incurred are reasonable and necessary. See copies of medical records and bills. Will supplement additional medical records and bills. No resume or bibliography is in our possession at this time.

Custodian of Records for
McAllen MRI Center
P. O. Box 911710
Dallas, Texas 75391-1710

Knowledge of facts and circumstances surrounding the medical and financial records pertaining to Plaintiff for injuries sustained as a result of the accident made the basis of this lawsuit. It is reasonably anticipated that the custodian of records will testify that the medical and financial records pertaining to Plaintiff are under the supervision, custody and control of the custodian of records, that such records were kept in the regular course of business, and that the medical expenses incurred are reasonable and necessary. See copies of medical records and bills. Will supplement additional medical records and bills. No resume or bibliography is in our possession at this time.

Custodian of Records for
McAllen MRI Center
300 S. 2nd Street
McAllen, Texas 78501
(956) 687-9636

Knowledge of facts and circumstances surrounding the medical and financial records pertaining to Plaintiff for injuries sustained as a result of the accident made the basis of this lawsuit. It is reasonably anticipated that the custodian of records will testify that the medical and financial records pertaining to Plaintiff are under the supervision, custody and control of the custodian of records, that such records were kept in the regular course of business, and that the medical expenses incurred are reasonable and necessary. See copies of medical records and bills. Will supplement additional medical records and bills. No resume or bibliography is in our possession at this time.

Jose M. Kuri, M. D.
3 Ted Hunt Blvd.
Brownsville, Texas 78521
(956) 831-7348

Knowledge of facts and circumstances surrounding the medical examination and treatment of Plaintiff for injuries sustained as a result of the incident made the basis of this lawsuit. All medical providers are expected to testify fully as to history, examination, treatment, diagnosis, prognosis, and causation as related to Plaintiff's injuries that form the basis of this suit. Additionally, Plaintiff may introduce all the health care provider's medical records through a qualified custodian of records.

Custodian of Records for
Jose M. Kuri, M. D.
3 Ted Hunt Blvd.
Brownsville, Texas 78521
(956) 831-7348

Knowledge of facts and circumstances surrounding the medical and financial records pertaining to Plaintiff for injuries sustained as a result of the accident made the basis of this lawsuit. It is reasonably anticipated that the custodian of records will testify that the medical and financial records pertaining to Plaintiff are under the supervision, custody and control of the custodian of records, that such records were kept in the regular course of business, and that the medical expenses incurred are reasonable and necessary. See copies of medical records and bills. Will supplement additional medical records and bills. No resume or bibliography is in our possession at this time.

Anant Utturkar, M. D.
Brownsville Medical Center
2390 Central Blvd.
Brownsville, Texas 78520
(956) 544-6771

Knowledge of facts and circumstances surrounding the medical examination and treatment of Plaintiff for injuries sustained as a result of the incident made the basis of this lawsuit. All medical providers are expected to testify fully as to history, examination, treatment, diagnosis, prognosis, and causation as related to Plaintiff's injuries that form the basis of this suit. Additionally, Plaintiff may introduce all the health care provider's medical records through a qualified custodian of records.

CUtePDF - www.fasitu.com

Custodians of records for
Anant Utturkar, M. D.
2390 Central Blvd.
Brownsville, Texas 78520
(956) 544-6771

Knowledge of facts and circumstances surrounding the medical and financial records pertaining to Plaintiff for injuries sustained as a result of the accident made the basis of this lawsuit. It is reasonably anticipated that the custodian of records will testify that the medical and financial records pertaining to Plaintiff are under the supervision, custody and control of the custodian of records, that such records were kept in the regular course of business, and that the medical expenses incurred are reasonable and necessary. See copies of medical records and bills. Will supplement additional medical records and bills. No resume or bibliography is in our possession at this time.

Sam J. Allen D.C.
Allen Chiropractic Center
1154 Paredes Line Road, Ste. #2
Brownsville, Texas  78521
(956) 542-5480

Knowledge of facts and circumstances surrounding the medical examination and treatment of Plaintiff for injuries sustained as a result of the incident made the basis of this lawsuit. All medical providers are expected to testify fully as to history, examination, treatment, diagnosis, prognosis, and causation as related to Plaintiff's injuries that form the basis of this suit. Additionally, Plaintiff may introduce all the health care provider's medical records through a qualified custodian of records.

Custodian of Records for
Sam J. Allen D.C.
Allen Chiropractic Center
1154 Paredes Line Road, Ste. #2
Brownsville, Texas  78521
(956) 542-5480

Knowledge of facts and circumstances surrounding the medical and financial records pertaining to Plaintiff for injuries sustained as a result of the accident made the basis of this lawsuit. It is reasonably anticipated that the custodian of records will testify that the medical and financial records pertaining to Plaintiff are under the supervision, custody and control of the custodian of records, that such records were kept in the regular course of business, and that the medical expenses incurred are reasonable and necessary. See copies of medical records and bills. Will supplement additional medical records and bills. No resume or bibliography is in our possession at this time.

Custodian of Records for
Portamedic
P.O. Box 6666
Corpus Christi, Texas  78466-6666

Knowledge of facts and circumstances surrounding the medical and financial records pertaining to Plaintiff for injuries sustained as a result of the accident made the basis of this lawsuit. It is reasonably anticipated that the custodian of records will testify that the medical and financial records pertaining to Plaintiff are under the supervision, custody and control of the custodian of records, that such records were kept in the regular course of business, and that the medical expenses incurred are reasonable and necessary. See copies of medical records and bills. Will supplement additional medical records and bills. No resume or bibliography is in our possession at this time.

Custodian of Records for
Texas Worker's Compensation
4000 South IH-35, Southfield Building
Austin, Texas  78704

Knowledge of facts and circumstances surrounding the worker's compensation claim pertaining to Plaintiff for injuries sustained as a result of the accident made the basis of this lawsuit. It is reasonably anticipated that the custodian of records will testify that the worker's compensation claim records pertaining to Plaintiff are under the supervision, custody and control of the custodian of records, that such records were kept in the regular course of business, and that the medical expenses incurred are reasonable and necessary. See copies of medical records and bills. Will supplement additional medical records and bills. No resume or bibliography is in our possession at this time.

Custodian of records for
Wal-Mart
1723 Highway 100
Port Isabel, Texas  78578
(956) 943-3512

Knowledge of facts and circumstances surrounding the prescriptive medication records pertaining to Plaintiff for injuries sustained as a result of the accident made the basis of this lawsuit. It is reasonably anticipated that the custodian of records will testify that the prescriptive medication records pertaining to Plaintiff are under the supervision, custody and control of the custodian of records, that such records were kept in the regular course of business, and that the medical expenses incurred are reasonable and necessary. See copies of medical records and bills. Will supplement additional medical records and bills. No resume or bibliography is in our possession at this time.

Custodian of records for
HEB Pharmacy
1679 Highway 100
Port Isabel, Texas  78578
(956) 943-7446

Knowledge of facts and circumstances surrounding the prescriptive medication records pertaining to Plaintiff for injuries sustained as a result of the accident made the basis of this lawsuit. It is reasonably anticipated that the custodian of records will testify that the prescriptive medication records pertaining to Plaintiff are under the supervision, custody and control of the custodian of records, that such records were kept in the regular course of business, and that the medical expenses incurred are reasonable and necessary. See copies of medical records and bills. Will supplement additional medical records and bills. No resume or bibliography is in our possession at this time.

<u>PLAINTIFF RESERVES THE RIGHT TO CALL ANY AND ALL EXPERTS RETAINED BY DEFENDANTS AT THE TIME OF TRIAL.</u>

Respectfully submitted on the ___29th___ day of May, 2001.

WATTS & HEARD, L.L.P.
1926 East Elizabeth Street
Brownsville, Texas 78520
Telephone Number: (956) 544-0500
Facsimile Number: (956) 541-0255

By:_____
    Maria Elena Delgadillo
    Attorney for Plaintiff
    Federal ID Number 21305
    State Bar Number 00798141

## CERTIFICATE OF SERVICE

I hereby certify that on the __29th__ day of May, 2001, a true and correct copy of

the foregoing document has been hand-delivered or mailed by certified mail to:

James Hunter
Dan Whitworth
Royston, Rayzor, Vickery & Williams
55 Cove Circle
Brownsville, Texas  78521

Alfred J. Rufty, III
Rufus C. Harris, III
Gary A. Robinson
Harris & Rufty, L.L.C.
1450 Poydras Street, Suite 1510
New Orleans, Louisiana  70112

MARIA ELENA DELGADILLO