$28$

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

JUN 0 4 2001

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| FERNANDO CASTILLO | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. |
| | § | |
| | § | __B-00-146__ |
| VAN BURREN SHRIMP COMPANY, | § | |
| INC., M/V "MARTIN TOWER," | § | |
| LEONOR TOWER AND MARGIE | § | JURY DEMANDED |
| TOWER | § | |

## PLAINTIFF'S SECOND SUPPLEMENTAL RESPONSES TO DEFENDANTS INITIAL DISCLOSURES

TO:   Van Buren Shrimp Company, Inc., M/V "Martin Tower," Leonor Tower, and Margie Tower by and through their attorney of record, the Honorable James Hunter, Royston, Rayzor, Vickery & Williams, 55 Cove Circle, Brownsville, Texas   78521

NOW COMES, FERNANDO CASTILLO, Plaintiff, Pursuant to F.R.C.P.

26(a)(1) and (2), and makes this his "Initial Disclosures" as required by said

rules as follows:

A.   Individuals Likely to Have Knowledge of Discoverable Information

[F.R.C.P.  26(a)(1)  and  (2)].

DEFENDANTS ALSO LISTED THE FOLLOWING PERSONS AS HAVING RELEVANT KNOWLEDGE AND/OR EXPERTS AND PLAINTIFF HAS THE RIGHT TO CROSS EXAMINE:

Roberto Rivera Mendez
P. O. Box 2808
South Padre Island, Texas 78597

Names of all seamen who sailed aboard the M/V "Martin Tower" during the three (3) years prior to this accident: The addresses of the following are not presently known:

Evaristo Medrano
Eustacio Miriles
Marcelino Tejeda
Juan Yzaguirre
Carlos Rivera
Carlos Trevino
Jesus Trevino
Nicolas Cortez
Enrique Hernandez
Hector Martinez
Carlos Cantu
Guillermo Rodriguez
Jesus Arista
Serafin Mendez
Sergio Ruiz
J. Angel Ramirez
Aristeo Yzaguirre
Carlos Zavala
Toribio Ortega
Rolando Resendez
Manuel Osorio
Jorge Chavez
Manuel Villalobos
Arturo Arreaga
Arturo Resendez
Juan Resendez
Clifford Oswald
Eduardo Zapata
Anastacio Zamarripa
Ruben Camarillo
Mateo Garza
Francisco Cervantez
Reynaldo Arreaga
Guadalupe Nunez
Moises Pesina
Roberto Carreon

ClibPDF - www.fastio.com

Names of each crew member of the M/V "Martin Tower" who were injured while serving aboard the M/V "Martin Tower" during the preceding five (5) years before this accident:

Carlos Trevino
2534 E. 30th Street
Brownsville, Texas 78521
July 8, 1998-alleged shoulder injury

Arturo Arreaga
3434 E. 27th Street
Brownsville, Texas 78521
July 18, 1997-alleged back injury

Rolando Resendez
4543 Agua Dulce Drive
Brownsville, Texas 78521
April 23, 1997-alleged back injury

Respectfully submitted this the ____4th____ day of June, 2001.

WATTS & HEARD, LLP
1926 E. Elizabeth
Brownsville, Texas   78520
(956) 544-0500 Telephone
(956) 541-0255 Facsimile

Maria Elena Delgadillo
State Bar No. 00798141
Federal Bar No. 21305

## CERTIFICATE OF SERVICE

On this the _____ day of June, 2001, a true and correct copy of the foregoing instrument was forwarded to opposing counsel via facsimile, by hand-delivery, or by certified mail, return receipt requested as follows:

James H. Hunter, Jr.
Daniel P. Whitworth
Royston, Rayzor, Vickery & Williams, L.L.P.
55 Cove Circle
Brownsville, Texas 78521

U. S. District Clerk
Southern District of Texas
Brownsville Division
600 E. Harrison Street
Brownsville, Texas 78520

_____
Maria Elena Delgadillo