United States District Court
Southern District of Texas
FILED

JUN 0 5 2001

Michael N. Milby
Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| FERNANDO CASTILLO | § § | |
| VS. | § § § | CIVIL ACTION NO. |
| | § | __B-00-146__ |
| VAN BURREN SHRIMP COMPANY, INC., M/V "MARTIN TOWER," LEONOR TOWER AND MARGIE TOWER | § § § § | JURY DEMANDED |

## PLAINTIFF'S THIRD SUPPLEMENTAL INITIAL DISCLOSURES

NOW COMES, FERNANDO CASTILLO, Plaintiff, Pursuant to F.R.C.P. 26(a)(1) and (2), and makes this his "Third Supplemental Initial Disclosures" as required by said rules as follows:

A.    Individuals Likely to Have Knowledge of Discoverable Information

[F.R.C.P. 26(a)(1) and (2)].

   DEFENDANTS ALSO LISTED THE FOLLOWING PERSONS AS HAVING RELEVANT KNOWLEDGE AND/OR EXPERTS AND PLAINTIFF HAS THE RIGHT TO CROSS EXAMINE:

   Roberto Rivera Mendez
   P. O. Box 2808
   South Padre Island, Texas 78597

Names of all seamen who sailed aboard the M/V "Martin Tower" during the three (3) years prior to this accident: The addresses of the following are not presently known:

- Evaristo Medrano
- Eustacio Miriles
- Marcelino Tejeda
- Juan Yzaguirre
- Carlos Rivera
- Carlos Trevino
- Jesus Trevino
- Nicolas Cortez
- Enrique Hernandez
- Hector Martinez
- Carlos Cantu
- Guillermo Rodriguez
- Jesus Arista
- Serafin Mendez
- Sergio Ruiz
- J. Angel Ramirez
- Aristeo Yzaguirre
- Carlos Zavala
- Toribio Ortega
- Rolando Resendez
- Manuel Osorio
- Jorge Chavez
- Manuel Villalobos
- Arturo Arreaga
- Arturo Resendez
- Juan Resendez
- Clifford Oswald
- Eduardo Zapata
- Anastacio Zamarripa
- Ruben Camarillo
- Mateo Garza
- Francisco Cervantez
- Reynaldo Arreaga
- Guadalupe Nunez
- Moises Pesina
- Roberto Carreon

Names of each crew member of the M/V "Martin Tower" who were injured while serving aboard the M/V "Martin Tower" during the preceding five (5) years before this accident:

Carlos Trevino
2534 E. 30th Street
Brownsville, Texas 78521
July 8, 1998-alleged shoulder injury

Arturo Arreaga
3434 E. 27th Street
Brownsville, Texas 78521
July 18, 1997-alleged back injury

Rolando Resendez
4543 Agua Dulce Drive
Brownsville, Texas 78521
April 23, 1997-alleged back injury

Respectfully submitted this the 5th day of June, 2001.

WATTS & HEARD, LLP
1926 E. Elizabeth
Brownsville, Texas  78520
(956) 544-0500  Telephone
(956) 541-0255  Facsimile

_____
Maria Elena Delgadillo
State Bar No. 00798141
Federal Bar No. 21305

## CERTIFICATE OF SERVICE

On this the ____5th____ day of June, 2001, a true and correct copy of the foregoing instrument was forwarded to opposing counsel via facsimile, by hand-delivery, or by certified mail, return receipt requested as follows:

James H. Hunter, Jr.
Daniel P. Whitworth
Royston, Rayzor, Vickery & Williams, L.L.P.
55 Cove Circle
Brownsville, Texas  78521

U. S. District Clerk
Southern District of Texas
Brownsville Division
600 E. Harrison Street
Brownsville, Texas 78520

_____
Maria Elena Delgadillo