31

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

JUN 2 9 2001

Michael N. Milby
Clerk of Court

| | |
|---|---|
| FERNANDO CASTILLO | § |
| | § |
| VS. | § |
| | § CIVIL ACTION NO. B-00-146 |
| VAN BUREN SHRIMP COMPANY, | § |
| INC., M/V "MARTIN TOWER," | § |
| LEONOR TOWER AND MARGIE TOWER | § |

### DEFENDANTS' DESIGNATION OF EXPERTS

TO THE HONORABLE JUDGE OF SAID COURT:

COME NOW **Van Buren Shrimp Company, Inc., Leonor Tower and Margie Tower Smith,** Defendants in the above-styled and numbered cause and designate the following experts:

1.  Marc Andrew McAllister
    McAllister Marine
    1305 N. Shoreline, Suite 302
    Corpus Christi, Texas 78401
    (361) 882-4677

A written report and qualifications for the foregoing expert in compliance with the Federal Rule of Civil Procedure is enclosed with this designation and is being served herewith on all parties, through their respective counsel of record by the undersigned attorneys. Additionally, Defendants note that they may elicit expert opinions from some or all of the persons listed by Plaintiff in Plaintiff's Designation of Experts. Defendants, however, do not control, adopt or necessarily agree with the opinions of the experts designated by Plaintiff, including Plaintiff's medical providers. Nonetheless, Plaintiff's Designation of Experts is incorporated herein by reference in its entirety as if fully set forth at length.

48315:973519.1:062901

Defendants further reserve the right to call any expert retained by any party in this case at the time of trial. Defendants reserve the right to supplement this designation pursuant to Court order or by agreement of the parties.

Defendants also reserve the right to designate additional or new experts to respond to issues raised by any party in future discovery responses, expert reports, or upon deposing Plaintiff's experts.

                                    Respectfully submitted,

*[signature]*

James H. Hunter, Jr.
Texas State Bar No. 00784311
Federal ID No. 15703
Daniel P. Whitworth
Texas State Bar No. 24008275
Federal ID No. 23119
Attorneys for Defendants,
**VAN BUREN SHRIMP COMPANY, INC.,
LEONOR TOWER AND MARGIE TOWER SMITH**

Of Counsel:

ROYSTON, RAYZOR, VICKERY & WILLIAMS, L.L.P.
55 Cove Circle
P.O. Box 3509
Brownsville, Texas   78523-3509
Telephone:   (956) 542-4377
Telecopier:   (956) 542-4370

## CERTIFICATE OF SERVICE

I hereby certify that on the 29th day of **June, 2001**, a true and correct copy of the foregoing was forwarded to all counsel of record, **via Certified Mail, return receipt requested**, as follows:

Hon. Maria Elena Delgadillo
HARRIS & WATTS, P.C.
1926 E. Elizabeth Street
Brownsville, Texas 78520

Hon. Rufus C. Harris, III
HARRIS & RUFTY, L.L.C.
CNG Towers, Suite 1510
1450 Poydras Street
New Orleans, LA 70112

_____
Of ROYSTON, RAYZOR, VICKERY & WILLIAMS, L.L.P.



P.O. Box 6375
Corpus Christi, TX 78466
mcmarine@eailer.infi.net
Fax: 361/882-4678

**McALLISTER
MARINE SURVEYING
COMPANY**

Marc A. McAllister
NAMS Certified
ABYC • NFPA
Phone: 361/882-4677

June 27, 2001

Royston, Razor, Vickery & Williams, L.L.P.
55 Cove Circle
Brownsville, Texas    77523-3509

Attn: Mr. Dan Whitworth
      Attorney at Law

Ref: F/V "MARTIN TOWER"
     C.A. No. B-00-146
     Your File No. 48,315
     Our File No. 01/082

Dear Mr. Whitworth,

As you requested, on June 27, 2001, I attended on board the F/V "MARTIN TOWER", Official No. 588761, a 1977 64.6' Marine Mart Shrimp Trawler, as the vessel lay port side to the 2410 Net Works Inc. dock, Port Isabel, Texas, for the purpose of reporting upon the condition of the vessels Outriggers and related Standing Rigging as well as the Bunk in the Captains Cabin as they relate to injuries allegedly sustained by a former crew member, Captain Fernando Castillo, on two (2) separate occasions on/about May 15, 1998 and November 15, 1999.

Additionally, I have had the opportunity to review provided documents including the Plaintiff's Original Complaint, Defendant's Original Answer, Defendant's Third Party Complaint, Transcript of the Deposition of Plaintiff, Fernando Castillo taken March 8, 2001, Transcript of the deposition of Defendant, Margie Tower Smith conducted March 19, 2001, Defendant, Van Buren Shrimp Company's, Margie Tower Smith And Leonor Tower's Answers to Plaintiff's First Interrogatories, Plaintiff, Fernando Castillo's Answers to First Set of Interrogatories, Plaintiff's Responses to Requests for Production, Plaintiff's Disclosures, and Defendant's Disclosures.

Mr. Daniel Whitworth
Page-2-

As a result of the foregoing inspection and review of relevant documents I can provide the following opinions:

1. The F/V "MARTIN TOWER" is a standard, production model Marine Mart 64.6' Gulf Shrimp Trawler. The vessel is well maintained and in very good condition.

2. The captain's bunk is in sound condition and unmodified since construction. The bunk is typical of bunks on most vessels in this service and suitable for use by any crew member.

3. The collision of vessels which occurred at the time Captain Castillo allegedly fell from his bunk was a major factor in his fall and resultant injury.

4. The Outriggers and Standing Rigging on the F/V "MARTIN TOWER" are standard and apparently unmodified beyond normal maintenance since vessel construction. The Outriggers and Standing Rigging were found to be in good condition and well maintained.

5. As vessel Captain, Mr. Castillo was in charge of all operations aboard the vessel. He had discretionary power to postpone or defer repairs to the Outrigger's Rigging and could have waited for wind and seas to moderate. Captain Castillo was apparently very familiar with the F/V "MARTIN TOWER" and other vessels of this class. He was aware of the dangers inherent in commercial fishing and vessel operations at sea. The vessel owner relied upon his background, experience and good judgement in matters regarding vessel operations at sea.

This survey is made without prejudice to the rights and/or interests of whom it may concern. We reserve the right to change or modify the opinions provided should additional information become available.



Marc A. McAllister
Marine Surveyor
MARC ANDREW McALLISTER
No. 143-503

**Marc Andrew McAllister**
1305 N. Shoreline, Suite 302
Corpus Christi, Texas 78401
(361) 882-4677

Offering dedicated service to maritime concerns through the skilled performance of independent marine surveying and consultation on vessels of all size and configuration and on a variety of cargos. Serving the insurance, financial, and legal professions, vessel owners, and other interested parties.

## SKILLS AND ABILITIES

*Hull Condition and Valuation Surveys* - Provide a full narrative report, issue recommendations and determine present and replacement values.

*Damage Surveys* - Provide a full "Found and Recommended" report on hull, machinery, rigging and equipment damage. Negotiate, arrange and supervise salvage. Write specifications for repairs. Obtain competitive bids.

*Catastrophes* - Involvement with hurricanes, oil spills and other natural and man made disasters.

*Vessel on/off hire* - Independent assessment of vessel condition for ship owners and charterers.

*Cargo Surveys* - Conduct cargo outturn, pre-shipment, load and stow, cargo damage, cargo packing, and storage site surveys. Specializing in steel products, break-bulk and perishable cargoes.

*Consultation* - Provide technical maritime information and support in matters of property loss control, crew safety and training, salvage and wreck removal, voyage preparation, ship suitability and cargo packaging design through personal knowledge and research.

## RELEVANT EXPERIENCE

June 1988 - Present     McAllister Marine Surveying Co., *Owner/Principal Surveyor*

Conduct condition & valuation, and hull & machinery damage surveys on ships, commercial hulls, fishing vessels and yachts. Cargo outturn, cargo damage and salvage, cargo load and stow, cargo packing, cargo security and storage site surveys. Surveys on inland marine exposures, construction & transportation equipment and motortruck cargo. Ship repairers legal liability, builders risk, wharfingers, structural and other insurance exposure surveys on businesses including shipyards, marinas, dealerships, and related shoreside facilities. Assess risks with values up to $5 million and control claims with values up to $1 million.

Page 2
Marc Andrew McAllister CMS

June 1985 - June 1988  CIGNA Marine Loss Control Service, *Marine Loss Control Specialist*
Conducted the various surveys described above, as an in house staff marine surveyor. Provided technical support to marine underwriters and adjusters within the corporation.

June 1983 - June 1985  Hull and Cargo Surveyors, Corpus Christi, TX, *Staff Marine Surveyor*
Conducted the various surveys described above, as an independent staff marine surveyor.

June 1981 - June 1983  Hull and Cargo Surveyors, Houston, TX, *Staff Marine Surveyor*
Conducted the various surveys described above, as an independent staff marine surveyor.

May 1980 - June 1981 National Maritime Union, Houston Local
Sailed as able bodied seaman on international voyages serving on break bulk cargo ships. Watchstanding, steering, ships maintenance, cargo operations.

May 1979 - May 1980 Woods Hole Oceanographic Institution, Chief Mate R.V. "LULU"
Navigation, watchstanding, in charge of ships maintenance and deck machinery, assisted in launch and recovery of submersible "ALVIN", handling and offshore recovery of scientific equipment. In charge of shipyard labor during refit.

August 1977 - May 1979
Various jobs while working my way through college, including deckhand on 56 ft research vessel "Excellence" operated by Texas A & M university, deckhand on shrimp boats and steelyard laborer.

## PROFESSIONAL ACTIVITIES

Certified Marine Surveyor - National Association of Marine Surveyors. Certificate No. 143-503.
Member - American Boat and Yacht Council. (ABYC)
Member - National Fire Protection Association. (NFPA)
Member - Corpus Christi Power Squadron.
Member - Propeller Club of the United States, Corpus Christi chapter

## EDUCATIONAL DEGREES

Brazosport College, Lake Jackson, Texas - May, 1979
Associate of Applied Science - Oceanic and Marine Technology - a U.S.C.G. approved program documenting Able-bodied Seamen in preparation for offshore license. Awarded Texas Shrimp Association Scholarship (1978) for academic achievement.

Page 3
Marc Andrew McAllister CMS

## EDUCATIONAL HIGHLIGHTS

Vessel Operations, Ship Management, Marine Economics, Navigation, Ship Maintenance & Engineering, Diesel Mechanics, Technical Physics, Marlinespike Seamanship, Marine Electronics, Lifeboatman, Oceanography.

## CONTINUING EDUCATION

*Marine Insurance Correspondence Course* - CIGNA Property & Casualty Division - Interpretation and rationale of commercial hull and cargo policies of insurance.

*Principals of Loss Control* - Two week intensive program teaching methods and application of property and personnel loss control.

*Total Loss Control Management* - International Safety Academy Theory and practice of loss control techniques.

*Boats and Yachts Correspondence Course* - CIGNA Property and Casualty Division - Interpretation and rationale of yacht policies of insurance.

*Defense Packing and Unitization* - Department of Defense, U.S. Army Material Command - Specifications and methods of military packing techniques for cargo loss control.

*Marine Insurance Adjusters Course* - and license exam - Leonards Training Center, Dallas, TX.

*American Society of Appraisers* - Universal Standards of Appraisal Practice

*Texas General Land Office/U.S.C.G.* - National Interagency Incident Management System, I.C.S.

*South Texas Coastal Zone Marine Firefighting Symposium* - Specialized training in shipboard firefighting.

*American Boat & Yacht Council* - Marine Electrical Systems Course

*American Boat & Yacht Council* - Accident Investigation Course

*Houston Marine Insurance Seminar* - annual gathering of marine insurance professionals to hear lectures from experts covering topics pertaining to marine insurance and admiralty law.

*National Association of Marine Surveyors* - National Conference, annual gathering of certified marine surveyors to share information and hear lectures from experts covering various marine topics.

# McALLISTER MARINE SURVEYING COMPANY

## 2001 Schedule of Fees

### SURVEYOR'S FEES

Yachts - $9.00 per ft. up to 40 ft.
Commercial Hulls - $65.00 per hr./$650.00 per 10 hr. day
Damage, Cargo, Consultation - $65.00 per hr./$650.00 per 10 hr. day

### EXPENSES

Travel - .50 per mile after 20 miles
Clerical and Filing - $4.00 per text page, $2.00 per photo page
Photos - $2.00 each
Telephone - billed at cost
Postage - billed at cost
Fax - $1.50 per page (domestic), $3.00 per page (international)
Meals, Lodging and travel (air fare, etc.) - billed at cost
State Sales Tax where applicable

Any additional expenses will be billed at cost plus 10%

Volume discounts available

# CASE LIST

M/V "SEA RAIDER"    Civil Action # _____
Amoco Production Co. Vs. Dinko's Marine Service Inc.
Mr. Richard Martini - Billings & Solomon, L.L.P., Houston, Texas


M/V "TRUE LOVE"    Civil Action # 96-100

Dorothy Hall and Earl Eddings vs. Glen Cove Marine, Glen Cove Properties Ltd., Chris Craft Industries, Inc., A/K/A Chris Craft Boats, Outboard Marine Corporation A/K/A OMC Co., Recreational Boat Group, Ltd.
Mr James H. Hunter Jr.- Royston, Rayzor, Vickery and Williams, L.L.P., Brownsville, Texas


M/V "PISCES"    Civil Action # C-95-391

John W. Howell and Rebecca A. Howell vs. John B. Bzerk, Et al
Mr. Daniel D. Pipitone- Pipitone, Schauer, Simank and Ledbetter, Corpus Christi, Texas


M/V "WAVE DANCER"    Civil Action # 93-4961-C

Ronald Grant, Linda Grant, Individually, and as Next Friends of Cody Grant vs. Douglas L. Norrell, Individually, and d/b/a Little Bay Marine, Inc., Little Bay Marine, Inc.
Mr. S. Mark Strawn- Royston, Rayzor, Vickery and Williams, L.L.P., Corpus Christi, Texas


Bay Inc.    Civil Action # 94-4422-G

David W. Echols vs. Bay, Inc.
Mr. Ralph Meyer- Royston, Rayzor, Vickery and Williams, L.L.P., Corpus Christi, Texas


M/V "F.M. BROWN"    Civil Action # Unknown

_____ vs. Promar Inc.   Affidavit only
Mr. Rick Martini- Billings and Solomon, Houston, Texas


USS "LEXINGTON"    Civil Action # 96-3413-H

Lady Lex Museum on the Bay Association A/K/A USS Lexington Museum on the Bay vs. Alamo Waterproofing, Inc., Et al
Mr. William J. Chriss- Rangel and Chriss, Corpus Christi, Texas

M/V "SUZANNE GARRETT"    Civil Action # Unknown

Salvador (Arnold) Solis, Jr., Deceased vs. Garrett Construction Company
Mr. Ralph Meyer- Royston, Rayzor, Vickery and Williams, L.L.P., Corpus Christi, Texas

F/V "ELLIDA"    Civil Action # C-95-564-9H

Oscar Campos, Plaintiff vs. Cracker Fleets, Inc. And M/V "ELLIDA", Her engines, Tackle, Apparel, Etc. In Rem and "ELLIDA", K/S, Her Owner, In Personant
Mr. James F. Buchanan- Kleberg and Head, Corpus Christi, Texas

M/V "GILLEY'S WET DREAM"    Civil Action # Unknown

Jane Godfrey vs. Michael Gilliam
Mr. Michael D. Fisse- Seale, Macaluso, Daigle and Ross, Hammond, Louisiana

F/V "LAURA B"    Civil Action # 96-21538-B-13

Federal Services Corporation vs. Laura T. Ochoa
Mr. Ewing E. Sikes, III- Royston, Rayzor, Vickery and Williams, L.L.P., Brownsville, Texas

M/V "MAC TIDE 63"    Civil Action # 96-1258

Tidewater Marine, Inc., Et al vs. Sanco Int'l., Et al
Mr. J. Timothy Woodard- Nesser, King and Leblanc, L.L.P., New Orleans, Louisiana

F/V "GULF KING 12"    Civil Action # C-93-348 and # C-94-118

Charles Van Hyde vs. Gulf King 12
Mr. Robert W. Woolsey- Woolsey and Cassidy, Corpus Christi, Texas

XILITLA, INC. vs. DIESEL PRODUCTS INC.    Cause # 1999-09-3961-A

PSW Machinery & Parts Corp., and Wenn Moore, D/B/A Moore's Diesel Service; in the District Court of Cameron County, Texas, 107th Judicial District
Mr. R.E. Lopez, Jr. - Lopez, Peterson & Benavidez, P.L.L.C.