IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

JUL 2 7 2001

Michael N. Milby
Clerk of Court

| | |
|---|---|
| FERNANDO CASTILLO | * |
| | * |
| VS. | * |
| | * |
| VAN BUREN SHRIMP COMPANY, | * |
| INC., M/V MARTIN TOWER, | * |
| LEONOR TOWER AND MARGIE | * CIVIL ACTION NO.: B-00-146 |
| TOWER | |
|     Third-Party Plaintiffs | * |
| | * |
| VS. | * |
| | * |
| VAN HA, *in personam* and | * |
| F/V MR. JESSE J, her engines, tackle, | * |
| etc., *in rem* | * |
|     Third-Party Defendants | * |

THIRD-PARTY DEFENDANTS' DESIGNATION OF EXPERTS

TO THE HONORABLE JUDGE OF SAID COURT:

Now come third-party defendants, Van Ha and the F/V MR. JESSE J, and designate the following expert:

1.  Phillip A. Latham
    Latham & Associates, Inc.
    P. O. Box 23731
    Harahan, Louisiana 70183-0731

A written report and qualifications for the foregoing expert in compliance with the Federal Rule of Civil Procedure is enclosed with this designation and is being served herewith on all parties, through their respective counsel of record by the undersigned attorneys. Additionally, Third-Party Defendants note that they may elicit expert opinions

from some or all of the persons listed by Plaintiff and Defendant in their respective Designations of Experts. Third-Party Defendants, however, do not control, adopt or necessarily agree with the opinions of the experts designated by Plaintiff and Defendant, including Plaintiff's medical providers. Nonetheless, the Designations of Experts of Plaintiff and Defendant are incorporated herein by reference in their entirety as if fully set forth at length.

Third-Party Defendants reserve the right to call any expert retained by any party in this case at the time of trial. Third-Party Defendants reserve the right to supplement this designation pursuant to Court order or by agreement of the parties.

Third-Party Defendants also reserve the right to designate additional or new experts to respond to issues raised by any party in future discovery responses, expert reports, or upon deposing the experts of Plaintiff and Defendant.

      Respectively submitted,

      HARRIS & RUFTY, L.L.C.

      _____
      RUFUS C. HARRIS, III (#6638)
      ALFRED J. RUFTY, III (#19990)
      GARY A. ROBINSON (#27061)
      1450 Poydras Street, Suite 1510
      New Orleans, Louisiana 70112
      Telephone: (504) 525-7500
      **Attorneys for Third-Party Defendant, Van Ha**

## CERTIFICATE OF SERVICE

I hereby certify that on this 25th day of July, 2001, a true and correct copy of the foregoing was mailed, via Certified Mail, return receipt requested, to opposing counsel as follows:

Maria Elena Delgadillo, Esq.
HARRIS & WATTS, P.C.
1926 E. Elizabeth Street
Brownsville, Texas 78520

James H. Hunter, Jr., Esq.
Daniel P. Whitworth, Esq.
ROYSTON, RAYZOR, VICKERY & WILLIAMS, L.L.P.
55 Cove Circle
P. O. Box 3509
Brownsville, Texas 78523-3509

_____
RUFUS C. HARRIS, III

# LATHAM & Associates, Inc.

P.O. BOX 23731  HARAHAN, LA 70183-0731

File No. 010624                                                                July 23, 2001

Fax  525-7222

Mr. Rufus Harris
Harris & Rufty
CNG Towers, Suite 1510
1450 Poydras Street
New Orleans, LA  70112

         RE:   Claimant: Fernando Castillo
            Vessels:   "JESSE J." Collision with
                 "MARTIN TOWER"

## HISTORY OF ALLEGED CASUALTY

Fernando Castillo alleges that he was sleeping on the upper bunk in the Captain's quarters of the F/V "MARTIN TOWER" during the afternoon hours of May 15, 1998 when he was thrown out of his bunk and injured his knee. He alleges that the F/V "JESSE J." became entangled with the rigging of the F/V "MISSION LADY" to which his vessel was secured stern to stern by lines while the "MISSION LADY" was at anchor.

## REFERENCE MATERIAL FOR THIS REPORT

a. Consumer Product Safety Recommended Guidelines for Bunk Beds
b. Consumer Product Safety Rules for Bunk Beds
c. Inspection of F/V "MARTIN TOWER" at Port Isabel, Texas on July 5, 2001
d. Deposition of Fernando Castillo, March 8, 2001
e. Deposition of Fernando Castillo, July 20, 2001
f. Internet web site on bunk bed safety
g. U. S. Coast Guard Port State Information Exchange
h. U.S.C.G. 46CFR, Accommodations for Officers and Crew
i. Photographs of F/V "CAPT. JIMMY"
j. Expert Report of Marc A. McAllister, McAllister Marine Surveying Co.
k. Deposition of Captain Eduardo Garcia, July 5, 2001

PHONE (504) 738-1800  FAX (504) 737-5639  EMAIL VIA OUR WEB SITE marine-surveyors.net

File No. 010624
Claimant: Fernando Castillo
Vessels: "JESSE J." collision with
"MARTIN TOWER"
July 23, 2001

Page 2 of 2

## CONCLUSIONS

1. Captain Castillo stated that his vessel was secured to the stern of the stern of the F/V "MISSION LADY" by line in light seas, 2'-3' at the time of the alleged injury. The rigging of the "JESSE J." getting entangled with the "MISSION LADY" would not transmit through the securing lines between the "MARTIN TOWER" to cause an impact or sudden forward sufficient lurch of the "MARTIN TOWER" to throw Captain Castillo from his bunk.

2. Captain Castillo alleges the "JESSE J." struck the rigging of his vessel, but did no damage or leave scrape marks. If such an incident occurred, it would have been a side blow, not forward blow, as his bunk ran port to starboard in the Captain's quarters, not fore to aft. The 2'-3' seas could have been a greater factor in the movement of his vessel than any alleged impact.

3. Based on information from his employer during the inspection, their Captains choose their own mattresses. In this case, Captain Castillo chose a plush, thick mattress that extended above the height of the bunk side rail and only left some 3" above the mattress in the fore and aft coaming area. A mattress of less depth would have afforded the rail protection designed into the bunk bed, but the Captain chose comfort over safety.

4. A ladder for the bunk had no bearing on the alleged accident as he claims he was thrown from his bunk.

5. If Captain Castillo was so concerned about his safety on the upper bunk, he could have placed the electric fan to where he could have comfort from it on the lower bunk.

6. Captain Castillo could also have made a safety rail or some type of netting or belting for his bunk if he had such fear of falling from the upper bunk.

7. The vessel owner appears to have been negligent by not providing a proper safety rail or lowering the upper bunk bed as Captain Castillo states he was insisting to the owners.

Note: The undersigned reserves the right to amend this report if additional facts or material become available that have a bearing on the alleged injury.

_Phillip A. Latham_
Phillip A. Latham
Marine Surveyor

PAL:kl

# RESUME OF WORK EXPERIENCE

Phillip A. Latham

Office (504) 738-1800
Home (504) 737-1414

## BUSINESS HISTORY:

President and Marine Surveyor, Latham & Associates, Inc. since August 20, 1974. Self employed as Marine Surveyor and Consultant since December, 1968. At least 50% of time involves Marine Safety for crew, passengers and vessel.

Marine Surveyor with Charles D. Wood Company, Inc., New Orleans, Louisiana from 1957 to November, 1968 which included setting up and administering a "Loss Prevention and Safety Program" for the offshore oil industry.

Opened London Office for the Charles D. Wood Company, Inc. in 1964 and was responsible for all marine surveying activities for the company in England, Europe, Africa and the Persian Gulf through 1967.

Through an arrangement with the Charles D. Wood Company, Inc., worked jointly as Marine Surveyor for W. D. Noble & Company, Ltd., London, England, Marine Surveying and Towing Specialist for Lloyds from 1962 to 1967. All work with Charles D. Wood Company, Inc., and W. D. Noble & Company, Ltd. dealt primarily with marine safety.

## WORK EXPERIENCE:

Hull and Machinery Damage Surveys on deep sea vessels.

Hull and Machinery Damage Surveys on offshore drill rigs.

Hull and Machinery Damage Surveys on work boats, tug boats, tow boats, barges and yachts.

Condition and Valuation Surveys on work boats, tug boats, tow boats, barges, dredges, drill rigs and yachts.

Preparing and approving ocean barges, drill barges, dredges and deep sea vessels for ocean tows.

Representing interests of Lloyds and London Companies on hundreds of offshore rig moves.

Rig mover for offshore drilling industry.

Draft Surveys on deep sea cargo vessels.

PHILLIP A. LATHAM
RESUME

Page 2

## WORK EXPERIENCES (CONTINUED)

Draft Surveys on cargo barges.

"On Hire" Surveys on deep sea vessels, smaller vessels and barges.

Fuel Surveys on deep sea vessels.

Wharfinger Surveys.

Cargo Damage Surveys.

Arrange and attend salvage operations on barges and vessels.

Dock and Wharf Damage Surveys.

Bridge and Fender System Surveys.

Inspect and approve deep sea vessels for loading cargo.

Issue Loading Certificates for Cargo on deep sea vessels.

Approve loading and discharge of cargo of all types on deep sea vessels.

Approve securing arrangement of cargo and miscellaneous equipment on hundreds of deep sea vessels, offshore drilling rigs, supply vessels and ocean barges.

Inspection of new construction for various banks and lending institutions to insure quality and appropriate stage of completion.

Expert testimony in Marine Surveying and Marine Safety.

Inspect ships, drilling rigs, bay drilling rigs, supply vessels, tug boats, utility vessels, tow boats, dredges and barges for safety, fire fighting and life saving equipment.

Install safety programs for barge fleeting and towing companies.

Inspection of passenger vessels for crew and passenger safety.

Assisting passenger vessel owners in crew and passenger safety programs.

Published article in "The Fish Boat" Magazine, 1988.

Published articles in "PASSENGER VESSEL NEWS" Magazine, 1990, 1991, 1992, 1993, 1996

Wrote safety manual for National Association of Passenger Vessel Owners, 1992.

Conducted seminar on safety for the NAPVO Convention in Seattle, 1993.

PHILLIP A. LATHAM
RESUME

Page 3

## EDUCATION:

Louisiana Department of Agriculture & Forestry Weighmaster's License No. 89-1402, 1989 - 1990
Safety Council, Louisiana Capital Area, Slips, Trips and Falls, 1989
Advanced Accident Investigation School (Reconstruction, Recreation and Analysis), 1987
Accident Investigation School (Reconstruction, Recreation and Analysis), 1986
Delgado College, Fire Investigation, 1984
Delgado College, Fire Prevention, 1984
Delgado College, Marine Accident Prevention, 1983
Tulane University, New Orleans, Louisiana, 1955 to 1957
Graduated Cradock High School, Portsmouth, Virginia, 1950

## ORGANIZATIONS:

The Society of Naval Architects and Marine Engineers
Marine Surveyors' Guild - Charter Member
American Boat & Yacht Council, Inc.
Boat Owners Association of the United States

## PATENTS:

Two (2) U.S.A. and foreign marine related Patents