3

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

OCT 0 9 2001

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| FERNANDO CASTILLO, § | | |
| Plaintiff § | | |
| § | | |
| VS. § | | |
| § | | |
| VAN BUREN SHRIMP COMPANY, § | C. A. NO. B-00-146 | |
| INC., M/V "MARTIN TOWER," § | | |
| LEONOR TOWER AND MARGIE TOWER, § | ADMIRALTY | |
| Third-Party Plaintiffs § | | |
| § | | |
| VS. § | | |
| § | | |
| VAN HA, IN PERSONAM AND § | | |
| F/V MR. JESSE J, HER ENGINES, § | | |
| TACKLE, ETC. IN REM, § | | |
| Third-Party Defendants § | | |

## JOINT MOTION AND STIPULATION
## FOR DISMISSAL WITH PREJUDICE

TO THE HONORABLE JUDGE OF SAID COURT:

Plaintiff, **FERNANDO CASTILLO,** Defendants, **VAN BUREN SHRIMP COMPANY, INC., M/V "MARTIN TOWER," LEONOR TOWER** and **MARGIE TOWER**, and Third-Party Defendants, **VAN HA, in personam and F/V MR. JESSIE J, her engines, tackle, etc., in rem** announce to the Court that this matter has been compromised and settled and ask the Court to dismiss Plaintiff's claims and causes of action against said Defendants and all third-party claims and cross-claims between Defendants and Third-Party Defendants, with prejudice, with court costs to be borne by the party incurring same.

I.

Plaintiff Fernando Castillo, Defendants, Van Buren shrimp Company, Inc., M/V "MARTIN TOWER", Leonor Tower and Margie Tower, and Third-Party Defendants, Van Ha, in personam and

48315:980671 1:091101

F/V MR. JESSIE J, her engines, tackle, etc., in rem, have reached a full and final settlement. As part of the settlement agreement, Plaintiff Fernando Castillo stipulates and moves to dismiss all of his claims against Defendants, Van Buren shrimp Company, Inc., M/V "MARTIN TOWER", Leonor Tower and Margie Tower among others with prejudice. Further, Defendants, Van Buren shrimp Company, Inc., M/V "MARTIN TOWER", Leonor Tower and Margie Tower, and Third-Party Defendants, Van Ha, in personam and F/V MR. JESSIE J, her engines, tackle, etc., in rem, move to dismiss all third-party claims and cross-claims against each other. Each party will pay his/its own court costs and attorneys fees. The settlement should be approved by the Court because it will end the litigation in this case between Plaintiff and Defendants and Third-Party Defendants. It is requested the dismissal be entered with prejudice.

Respectfully submitted,

**WATTS & HEARD, L.L.P.**

By: _____
Ray R. Marchan
State Bar of Texas No. 12969050
Federal ID No. 9522
Helen Delgadillo
State Bar of Texas No. 00798141
Federal ID No.21305
1926 E. Elizabeth Street
Brownsville, TX 78521
Tel:   (956) 546-0333
Fax:   (956) 541-0255

Attorneys for Plaintiff,
**FERNANDO CASTILLO**

ROYSTON, RAYZOR, VICKERY & WILLIAMS, L.L.P.

By: /s/ _____

James H. Hunter, Jr.
Texas State Bar No. 00784311
Federal ID No. 15703
55 Cove Circle
P.O. Box 3509
Brownsville, Texas   78523-3509
Tel:   (956) 542-4377
Fax:   (956) 542-4370

Attorney for Defendants,
**VAN BUREN SHRIMP COMPANY, INC.,
LEONOR TOWER AND MARGIE TOWER**


**HARRIS & RUFTY, L.L.C.**

By: Rufus C. Harris, by perm. _____

Rufus C. Harris, III  (#6638)
Alfred J. Rufty, III  (#19990)
Gary A. Robinson  (#27061)
1450 Poydras Street, Ste. 1510
New Orleans, Louisiana 70112
Tel:   (504) 525-7500
Fax:   (504) 525-7222

Attorney for Third-Party Defendants,
**VAN HA, IN PERSONAM AND
F/V MR. JESSIE J, HER ENGINES,
TACKLE, ETC. IN REM**

## CERTIFICATE OF SERVICE

I hereby certify that on the 9th day of October, 2001, a true and correct copy of the foregoing *Joint Motion and Stipulation for Dismissal with Prejudice* was served on the following counsel of record as follows:

Hon. Ray Marchan  
Hon. Maria Elena (Helen Ochoa) Delgadillo  
WATTS & HEARD, L.L.P.  
1926 E. Elizabeth Street  
Brownsville, TX 78520  
***Via Hand Delivery***

Hon. Rufus C. Harris, III  
Harris & Rufty, L.L.C.  
CNG Towers, Suite 1510  
1450 Poydras Street  
New Orleans, LA 70112  
***Via Certified Mail-RRR***

_____  
**Of ROYSTON, RAYZOR, VICKERY & WILLIAMS, L.L.P.**

48315:980671.1:091101

-4-

ClibPDF - www.fastio.com

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| FERNANDO CASTILLO,<br>Plaintiff | §<br>§<br>§ | |
| VS. | §<br>§ | |
| VAN BUREN SHRIMP COMPANY,<br>INC., M/V "MARTIN TOWER,"<br>LEONOR TOWER AND MARGIE TOWER,<br>Third-Party Plaintiffs | §<br>§<br>§<br>§<br>§ | C. A. NO. B-00-146<br><br>ADMIRALTY |
| VS. | §<br>§ | |
| VAN HA, IN PERSONAM AND<br>F/V MR. JESSE J, HER ENGINES,<br>TACKLE, ETC. IN REM,<br>Third-Party Defendants | §<br>§<br>§<br>§ | |

## AGREED ORDER FOR DISMISSAL
## WITH PREJUDICE

Came on this day to be considered the Agreed Motion for Dismissal with Prejudice of the Plaintiff, Fernando Castillo and Defendants, Van Buren Shrimp Company, Inc., M/V "MARTIN TOWER," Leonor Tower and Margie Tower and Van Ha, in personam and F/V MR. JESSIE J, her engines, tackle, etc., in rem, requesting dismissal with prejudice of all claims and causes of action Plaintiff may have against Defendants and all third-party and cross claims Defendants and Third-Party Defendants may have against each other. The Court has been informed that this matter has been compromised and settled. The parties are all represented by counsel. The Court having considered the pleadings on file and reviewing the record is of the opinion that the Motion should be **GRANTED**. It is therefore,

48315:980751.1:091101

**ORDERED, ADJUDGED** and **DECREED** that the settlement agreement entered into in this cause is a good faith settlement of a disputed claim under Texas and federal maritime law. It is further

**ORDERED, ADJUDGED** and **DECREED** that Plaintiff, Fernando Castillo's cause against Defendants, Van Buren Shrimp Company, Inc., M/V "MARTIN TOWER," Leonor Tower and Margie Tower is hereby dismissed with prejudice, with court costs to be borne by the party incurring same. It is further

**ORDERED, ADJUDGED** and **DECREED** that all third-party claims and cross-claims the Defendants and Third-Party Defendants have against each other are hereby dismissed with prejudice, with court costs to be borne by the party incurring same.

**DONE,** at Brownsville, Texas this _____ day of _____, 2001.

_____
**Hon. Hilda G. Tagle**
**United States District Judge**

**AGREED TO AND ENTRY REQUESTED:**

**WATTS & HEARD, L.L.P.**

By:_____
Ray R. Marchan
State Bar of Texas No. 12969050
Federal ID No. 9522
Helen Delgadillo
State Bar of Texas No. 00798141
Federal ID No. 21305
1926 E. Elizabeth Street
Brownsville, TX 78521
Tel:   (956) 546-0333
Fax:   (956) 541-0255
**Attorneys for Plaintiff,**
**FERNANDO CASTILLO**

**ROYSTON, RAYZOR, VICKERY & WILLIAMS, L.L.P.**

By: _____

James H. Hunter, Jr.
Texas State Bar No. 00784311
Federal ID No. 15703
55 Cove Circle
P.O. Box 3509
Brownsville, Texas   78523-3509
Tel:   (956) 542-4377
Fax:   (956) 542-4370
**Attorney for Defendants,**
**VAN BUREN SHRIMP COMPANY, INC.,**
**LEONOR TOWER AND MARGIE TOWER**


**HARRIS & RUFTY, L.L.C.**

By: _____ by perm.

Rufus C. Harris, III  (#6638)
Alfred J. Rufty, III  (#19990)
Gary A. Robinson (#27061)
1450 Poydras Street, Ste. 1510
New Orleans, Louisiana 70112
Tel:   (504) 525-7500
Fax:   (504) 525-7222
**Attorney for Third-Party Defendants,**
**VAN HA, IN PERSONAM AND**
**F/V MR. JESSIE J, HER ENGINES,**
**TACKLE, ETC. IN REM**