3⁴

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| FERNANDO CASTILLO, § § § Plaintiff, § § v. § § § VAN BUREN SHRIMP COMPANY, INC., § M/V "MARTIN TOWER," § LEONOR TOWER AND MARGIE TOWER § Third-Party Plaintiffs § § v. § § VAN HA, IN PERSONAM AND § F/V MR. JESSE J, HER ENGINES, § TACKLE, ETC. IN REM § Third-Party Defendants. § | United States District Court Southern District of Texas ENTERED OCT 11 2001 Michael N. Milby, Clerk of Court By Deputy Clerk CIVIL ACTION B-00-146 |

## Final Order of Dismissal

BE IT REMEMBERED that on October 11, 2001, the Court considered the Parties' Joint Motion and Stipulation for Dismissal With Prejudice [Dkt. No. 33].

1.  The Court, having been advised by counsel that a settlement has been reached, dismisses this case with prejudice. All Parties shall bear their own costs.

2.  The Court retains jurisdiction to enforce the settlement. <u>Kokkonen v. Guardian Life Ins. Co. of America</u>, 511 U.S. 375, 380 (1994).

DONE at Brownsville, Texas, this 11th day of October 2001.

_____
Hilda G. Tagle
United States District Judge